Richard M Kipperman
P.O. Box 3010
La Mesa, CA 91944
(619) 668-4500

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | CASE NO.: 14-00515-LA7 |
| KENT MICHAEL HOUSTON, | DECLARATION OF RICHARD M KIPPERMAN IN SUPPORT OF DEBTOR'S MOTION TO REOPEN CASE |
| Debtor. | |

Richard M Kipperman declares:

1. I am the Chapter 7 Trustee for the bankruptcy estate of the above listed debtor.

2. I have no objections to the reopening of the above entitled bankruptcy case. I also have no objection to being reappointed as trustee.

I declare under penalty of perjury pursuant to the laws of the state of California that the foregoing is true and correct. Executed June 6, 2014, at La Mesa, California.

                                                  /s/ Richard M Kipperman
                                                RICHARD M KIPPERMAN
                                                Trustee