CSD 1490 [09/27/10]
Name, Address, Telephone No. & I.D. No.

Order Entered on
July 11, 2014
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

KENT HOUSTON                                    Debtor.

BANKRUPTCY NO. 14-00515-LA7

Date of Hearing:
Time of Hearing:
Name of Judge:

## ORDER REOPENING CASE

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through _____ with exhibits, if any, for a total of _____ pages, is granted.  Motion Docket Entry No. _____

//
//
//
//
//
//

DATED: July 11, 2014

_____
Judge, United States Bankruptcy Court

CSD 1490

00515 ord
26C

CSD 1490 [09/27/10] **(Page 2)**
ORDER REOPENING CASE
DEBTOR:                                                                       CASE NO: 14-00515-LA7

Upon the Motion of _____ ;

**IT IS ORDERED** that the case of the above-named debtor be, and it is hereby reopened pursuant to Federal Rule of Bankruptcy Procedure 5010

- ☐ To file the Financial Management Certificate and Official Form B23
- ☐ To file a Certificate of Eligibility for Discharge (Spousal Support Certification - CSD 2120)
- ☐ To file an Amendment (CSD 1100) and Notice to Creditor (CSD 1101), if required
- ☐ To file a Motion and Notice to avoid lien(s)
- ☐ To file an Adversary Proceeding
- ☑ For other purpose as stated below *(specify)*:

*Case was dismissed due to my failure to appear to first meeting of Creditors. I did not receive paperwork stating date and time to appear. I am filing Pro Per I am responsible for all requests of the court. I am doing the best I can to comply with all court documents required by the court. I believe I am current and ask the court to reopen my case. Thank You.*

*Kent Houston 7/7/14*

and for such other action as may be deemed necessary.

**IT IS FURTHER ORDERED THAT** the action as authorized be completed within thirty (30) days of the entry of this order.

CSD 1490

Signed by Judge Louise DeCarl Adler July 11, 2014